CONSTANTINOS CONDOMANOLIS, Appellant, v BOILER REPAIR MAINTENANCE Co., INC., et al., Respondents. (And a Third-Party Action.)—Judgment, Supreme Court, New York County, entered February 20, 1975, after a jury trial on the issue of liability only, unanimously affirmed, without costs and without disbursements. This matter was before us previously, (44 AD2d 366), in 1974, when this personal injury negligence action was dismissed at the close of the plaintiff's case, and we reversed, finding that there was sufficient evidence to warrant the jury passing on the question of whether there was liability to the plaintiff in this situation where the plaintiff claimed that a boiler exploded. The jury having found in favor of the defendants, the plaintiff on this appeal alleges error by the trial court in the charge and in the allowance of opinion testimony on behalf of the defendant. We find no error. Concur—Kupferman, J. P., Lupiano, Silverman, Lane and Nunez, JJ.

MWI MARKENWERBUNG INTERNATIONAL GESCHAFTSLEITUNG, Appellant-Respondent, v PERMA SHARP MANUFACTURING CORP., Respondent-Appellant.—Order entered in the Supreme Court, New York County, on September 30, 1975 denying cross motions for summary judgment unanimously affirmed, without costs or disbursements. We agree with Special Term that there are issues of fact which must await trial resolution, among them, the validity of the agreement purporting to give the German court jurisdiction over the defendant. Additionally, there is a triable issue whether plaintiff breached the terms of the stipulation of July 19, 1973, whereby it agreed to take no action in the German court until the resolution of its motion to discontinue a New York action then pending between the parties. Defendant claims that, contrary to that stipulation, the plaintiff entered judgment against it by default in the German court on May 28, 1974 while plaintiff's motion to discontinue was still pending and undetermined. On this record neither party has shown entitlement to summary judgment and therefore we affirm. Concur—Kupferman, J. P., Lupiano, Silverman, Lane and Nunez, JJ.

In the Matter of SOL LEFKOWITZ et al., Petitioners, v RICHARD J. BARTLETT, as State Administrator of the Administrative Board of the Judicial Conference, et al., Respondents.—Application pursuant to article 78 of the CPLR and cross motion to dismiss the petition transferred to the Third Department for review and determination, pursuant to CPLR 5711. Concur —Stevens, P. J., Kupferman, Silverman, Capozzoli and Nunez, JJ.